RECEIVED
JUL - 7 2015
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| QUENTA ENNIS | DOCKET NO. 15-CV-166; SEC. P |
| VERSUS | JUDGE DRELL |
| DANNY DANIELS | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Plaintiff, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's voluntary motion to dismiss [Doc. #13] is **GRANTED** and his complaint is hereby dismissed, with prejudice.

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, on this 2ⁿᵈ day of July, 2015.

CHIEF JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT